Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 11–22346–NLW
Chapter: 13
Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Jose Dominguez                                     Marta Dominguez
  553 Richmond Street                      553 Richmond Avenue
  Elizabeth, NJ 07202                      Elizabeth, NJ 07202

Social Security No.:
  xxx–xx–8800                                         xxx–xx–5896

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

      Ch. 13 Plan and Motions.

2. This case will be dismissed on May 4, 2011, unless the missing documents are received on or before that date by the Clerk of the Court at:

      U.S. Bankruptcy Court
      MLK Jr Federal Building
      50 Walnut Street
      Newark, NJ 07102

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before May 4, 2011.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: April 21, 2011
JJW: pbf

                                                            James J. Waldron
                                                            Clerk

---

      If the schedules you file list more creditors than were included on the list of
      creditors(matrix) filed with your petition, you must file with your schedules
      an amended list of creditors(matrix), listing only those creditors being added,
      and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1).
      You must also pay a $26 fee for the amendment in the form of certified check,
      money order, or attorney's check.